

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Brandon G. Fielding,          * Original Mandamus Proceeding

No. 11-18-00294-CR                  * November 8, 2018

                                    * Per Curiam Memorandum Opinion
                                      (Panel consists of: Willson, J.;
                                      Gray, C.J., sitting by assignment;
                                      and Wright, S.C.J., sitting by
                                      assignment)
                                      (Bailey, C.J., and Willson, J.,
                                      not participating)

This court has considered Relator's pro se petition for writ of mandamus and concludes that the writ of mandamus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.